IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 03–cv–02291–EWN–OES

TITUS U. PRICE,

    Plaintiff,

v.

THE RITZ-CARLTON HOTEL COMPANY, LLC,

    Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

This matter is before the court on the "Stipulation for Dismissal With Prejudice" filed August 22, 2005. The court having read the stipulation filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this  30th  day of August, 2005.

                                                      BY THE COURT:

                                                      s/Edward W. Nottingham
                                                      EDWARD W. NOTTINGHAM
                                                      United States District Judge